[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 22-10781

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

KLONDE DELVIUM HATTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:19-cr-00466-ACA-JHE-7

_____

_____

No. 22-10784

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

KLONDE DELVIUM HATTER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:21-cr-00131-ACA-JHE-2

_____

Before WILSON, JILL PRYOR and LUCK, Circuit Judges.

PER CURIAM:

William K. Bradford, appointed counsel for Klonde Hatter, in these consolidated direct criminal appeals, has moved to withdraw from further representation of the appellant and filed a brief

22-10781                Opinion of the Court                3

pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeals is correct.  Because independent examinations of both of the entire records reveal no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hatter's convictions and sentences are **AFFIRMED**.